**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFF LAUE, | )  NO. CV 07-4596-E |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **JUDGMENT** |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of Defendant.

DATED: March 24, 2008.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE